UNITED STATES COURT OF APPEALS
TENTH CIRCUIT
OFFICE OF THE CLERK
BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257
(303) 844-3157

PATRICK FISHER  
CLERK

ELISABETH A. SHUMAKER  
CHIEF DEPUTY CLERK

December 1, 1997

Mr. Edward W. Bergmann  
Seyfarth, Shaw, Fairweather & Geraldson  
55 E. Monroe Street  
Suite 4200  
Chicago, IL 60603

Mr. Charles W. Kolberg  
City of Albuquerque  
P.O. Box 2248  
Albuquerque, NM 87103

RECEIVED  
At Albuquerque NM  
DEC - 3 1997  
ROBERT M. MARCH  
CLERK

Re:   97-554, City of Albuquerque v. United Transp Union  
      Dist/Ag docket:  CIV 96-716 LH/DJS

Dear Counsel:

   Enclosed is a copy of an order entered today granting leave to appeal in the captioned case.

   Within ten days the appellant shall pay a $105.00 docket fee to the Clerk of the U.S. District Court for the District of New Mexico and make arrngements with the Court Reporter for preparation of any transcripts required for the appeal.

   Appellant shall file a docketing statement on or before December 11, 1997.

   Please contact this office if you have questions.

   Sincerely,

   PATRICK FISHER  
   Clerk

   By: *[signature]*  
   Deputy Clerk

PF:fg

cc:   Paul S. Livingston  
      Daniel R. Elliott III  
      Robert M. March, Clerk

193

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

| | |
|---|---|
| CITY OF ALBUQUERQUE, et al.,<br><br>Petitioner,<br><br>v.<br><br>UNITED TRANSPORTATION UNION LOCAL 1745, et al.,<br><br>Respondent, | No. 97-554 |

ORDER

Filed December 1, 1997

Before **BRISCOE and LUCERO**, Circuit Judges.

This matter comes on for consideration of the petition of the City of Albuquerque, for permission to appeal under 28 U.S.C. Section 1292(b).

Upon consideration whereof, the petition for leave to appeal is granted.

The date of this order shall serve as the date of the notice of appeal for calculating

filing times under the Federal Rules of Appellate Procedure and the Tenth Circuit Rules. Briefing shall follow 10th Cir. R. 31.1.

>
> Entered for the Court
> PATRICK FISHER, Clerk of Court
>
> by: *[signature]*
>
> Elisabeth A. Shumaker
> Chief Deputy Clerk