# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**UNITED TRANSPORTATION UNION**
**LOCAL 1745, et al.,**

        **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　　　　**CIV No. 96-716 LH/ACT-ACE**

**CITY OF ALBUQUERQUE, et al.,**

        **Defendants,**

*Consolidated With*

**JIMMY S. ANDERSON, et al.,**

        **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　　　　**CIV No. 99-208 MV/LFG-ACE**

**CITY OF ALBUQUERQUE, et al.**

        **Defendants.**

## MEMORANDUM OPINION AND ORDER

      **THIS MATTER** comes before the Court for consideration of a Request to Supplement Record with Additional Calculations (Docket No. 377), filed by Defendants City of Albuquerque, et al. The Court notes that opposing counsel was contacted and opposes this Request to Supplement the Record. The Court also notes these supplemental calculations were provided to the Court pursuant to order of the Special Master. The City has attached the supplemental materials to its

formal request.

Given this backdrop, the Court will accept the supplemental materials attached to the request, and consider them as part of the record. No further submission from the City is required in this regard.

**WHEREFORE**, for the reasons stated herein, the Request to Supplement Record with Additional Calculations (Docket No. 377) is hereby **granted**.

**IT IS SO ORDERED.**

_____
**SENIOR UNITED STATES DISTRICT JUDGE**