**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 1 6 2005

MATTHEW J. DYKMAN
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED TRANSPORTATION UNION, LOCAL 1745, et al.

        Plaintiffs,

v.                                             No. CIV 96-0716 LH

CITY OF ALBUQUERQUE, et al.,

        Defendants,

and

JIMMY S. ANDERSON, et al.,

        Plaintiffs,

v.                                             No. CIV 99-0208 LH
                                            (Consolidated with No. CIV 96-716)

CITY OF ALBUQUERQUE, et al.,

        Defendants.

## ORDER APPROVING SETTLEMENT AND DISTRIBUTION OF PROCEEDS

This matter being before the Court on the Plaintiffs' Amended Unopposed Motion to Approve Settlement and Distribution of Settlement Proceeds, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Plaintiffs' Amended Unopposed Motion to Approve Settlement and Distribution of Settlement Proceeds is granted;



2. Defendants are ordered to begin distribution of the Scheduled Settlement Payments and to pay the Unscheduled Settlement Funds to Plaintiffs within twenty-one (21) days of the entry of this Order.

3. The Court will retain jurisdiction a) over the award of reimbursable costs and attorneys' fees and will determine those if the parties are unable to reach agreement among themselves and b) as necessary to enforce this Order.

4. Subject to the retention of jurisdiction as provided in paragraph 3, these cases are hereby dismissed with prejudice.

5. Judgment in accordance herewith is hereby entered.

**IT IS SO ORDERED.**

Hon. John Conway
U.S. District Judge

Order Approved by:

Paul Livingston
Attorney for Plaintiffs

E. Justin Pennington
Attorney for Plaintiffs

2

_____
Edward W. Bergmann
Attorney for Defendants

_____
Michael I. Garcia
Attorney for Defendants